1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP
2  Richard C. Wootton (SBN 88390)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, California 94105
4  Telephone No.: (415) 438-4600
   Facsimile No.: (415) 438-4601
5
   Attorneys for Plaintiff,
6  TUTOR-SALIBA/KOCH/TIDEWATER JV

ORIGINAL FILED
07 DEC 19 PM 2:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of the Complaint of            )  Case No.: C 07 6408  CRB
                                             )
TUTOR-SALIBA/KOCH/TIDEWATER JV,              )  **CERTIFICATION OF**
                                             )  **INTERESTED ENTITIES OR**
                   Plaintiff,                )  **PERSONS**
                                             )
For Exoneration from or Limitation of        )
Liability.                                   )
                                             )

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for plaintiff-in-limitation TUTOR-SALIBA/KOCH TIDEWATER JV, hereby certifies that the following listed individual has a direct, pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

   1.     Richard Warnecke.

Dated: December 19, 2007        COX, WOOTTON, GRIFFIN,
                                HANSEN & POULOS, LLP
                                Attorneys for Plaintiff,
                                TUTOR-SALIBA/KOCH/TIDEWATER JV

                         By: _____/s/ Max L. Kelley_____
                                Richard C. Wootton
                                Max L. Kelley

-1-                                                         Case No._____
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS