COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 209121)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff,
TUTOR-SALIBA/KOCH/TIDEWATER JV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of | Case No.: |
| TUTOR-SALIBA/KOCH/TIDEWATER JV, | **REQUEST THAT INJUNCTION AND MONITION ISSUE** |
| Plaintiff, | |
| For Exoneration from or Limitation of Liability. | |

To the Honorable Judges of the United States District Court for the Northern District of California:

Plaintiff TUTOR-SALIBA/KOCH/TIDEWATER JV ("Joint Venture"), having filed its Complaint for Exoneration from or Limitation of Liability, as well as its notice regarding deposit of security for costs under Rule F(1) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, and by the Admiralty and Maritime Local Rules, hereby requests that the Court issue the following Injunction and Monition:

**Rule F(3) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims, provides as follows:**

Upon compliance by the owner with the requirements of subdivision (1) of this rule all claims and proceedings against the owner or the owner's property with respect to the matter in question shall cease. On application of the plaintiff the court shall

enjoin the further prosecution of any action or proceeding against the plaintiff or the plaintiff's property with respect to any claim subject to limitation in the action.

Rule F(4) further provides:

> Upon the owner's compliance with subdivision (1) of this rule the court shall issue a notice to all persons asserting claims with respect to which the complaint seeks limitation, admonishing them to file their respective claims with the clerk of the court and to serve on the attorneys for the plaintiff a copy thereof on or before a date to be named in the notice. The date so fixed shall not be less than 30 days after issuance of the notice. For cause shown, the court may enlarge the time within which claims may be filed. The notice shall be published in such newspaper or newspapers as the court may direct once a week for four successive weeks prior to the date fixed for the filing of claims. The plaintiff not later than the day of second publication shall also mail a copy of the notice to every person known to have made any claim against the vessel or the plaintiff arising out of the voyage or trip on which the claims sought to be limited arose. In cases involving death a copy of such notice shall be mailed to the decedent at the decedent's last known address, and also to any person who shall be known to have made any claim on account of such death.

Having complied with Rule F(1), Petitioner now requests that the Court issue the attendant Injunction and Monition, in compliance with Supplemental Rules F(3) and F(4).

Dated: December 19, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff,
TUTOR-SALIBA/KOCH/TIDEWATER JV

By: _____
Richard C. Wootton
Max L. Kelley