COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff,
TUTOR-SALIBA/KOCH/TIDEWATER JV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of the Complaint of ) Case No.: C 07 6408
)
TUTOR-SALIBA/KOCH/TIDEWATER JV, ) **NOTICE REGARDING DEPOSIT**
) **OF SECURITY FOR COSTS**
Plaintiff, )
)
For Exoneration from or Limitation of ) **Admiralty Rule F(1)**
Liability. ) **Local Admiralty Rule 5-1**
)

To the Honorable Judge of the United States District Court for the Northern District of California:

NOTICE IS HEREBY GIVEN that plaintiff TUTOR-SALIBA/KOCH/ TIDEWATER JV, upon request by claimant and/or order of this Court, will file with the Court an Ad Interim Stipulation for Value and appropriate security in the form of a bond or letter of undertaking in the amount of $525,000.00.

Dated: December 19, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff,
TUTOR-SALIBA/KOCH/TIDEWATER JV

By: _____
Richard C. Wootton
Max L. Kelley

-1-

NOTICE OF DEPOSIT                                                          Case No.: