| | |
|---|---|
| 1 | COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP |
| 2 | Richard C. Wootton (SBN 88390) |
| | Max L. Kelley (SBN 205943) |
| 3 | 190 The Embarcadero |
| | San Francisco, California 94105 |
| 4 | Telephone No.: (415) 438-4600 |
| | Facsimile No.: (415) 438-4601 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | TUTOR-SALIBA/KOCH/TIDEWATER JV |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | Case No.: C07-6408 CRB |
| | ) | |
| TUTOR-SALIBA/KOCH/TIDEWATER JV | ) | **PROOF OF SERVICE ON COUNSEL OF COMPLAINT AND ACCOMPANYING DOCUMENTS AND ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| Plaintiff, | ) | |
| For Exoneration From or Limitation of Liability, | ) | |

## PROOF OF SERVICE

Case: *Tutor-Saliba/Koch?Tidewater JV,*

*for Exoneration from or Limitation of Liability*

Case No.: **USDC, Northern District, Case No.: C-07-6408 CRB**

I am employed in the City and County of San Francisco by the law firm of COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP, 190 The Embarcadero, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action.

On December 20, 2007, I served the attached document(s):

- **SUMMONS AND COMPLAINT FOR EXONERATION OR LIMITATION OF LIABILITY**
- **REQUEST THAT INJUNCTION AND MONITION ISSUE**
- **NOTICE OF ACTION BROUGHT FOR EXONERATION**
- **NOTICE REGARDING DEPOSIT OF SECURITY FOR COSTS**
- **CERTIFICATION OF INTERESTED ENTITIES**
- **PROPOSED ORDER DIRECTING ISSUANCE OF MONITION**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
- **ECF REGISTRATION**
- **USDC GUIDELINES**
- **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE**

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except facsimile transmission(s)), addressed as shown below, for service as designated below:

**(A)** <u>By First Class Mail</u>: I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the addressee on the date indicated.

**(B)** <u>By Personal Service</u>: I caused each such envelope to be personally delivered to the addressee(s) by a member of the staff of this law firm on the date indicated.

**(C)** <u>By Messenger Service</u>: I caused each such envelope to be delivered to a courier employed by NATIONWIDE LEGAL, with whom we have a direct billing account, who personally delivered each such envelope to the addressee(s) on the date indicated.

(D) <u>By Federal Express</u>: I caused each such envelope to be delivered to Federal Express Corporation at San Francisco, California, with whom we have a direct billing account, to be delivered to the addressee(s) on the next business day. I deposited each such envelope/package at the Three Embarcadero Center location of Federal Express Corporation.

(E) <u>By Facsimile</u>: I caused such document to be served via facsimile electronic equipment transmission (fax) on the party(ies) in this action by transmitting a true copy to the following fax numbers:

| SERVICE | ADDRESSEE | PARTY REPRESENTED |
|---|---|---|
| A | Christopher A. Viadro<br>THE VEEN FIRM<br>P.O. Box 7296<br>San Francisco, CA 94102-7296<br>711 Van Ness Ave.<br>Suite 220<br>San Francisco, CA 94102<br>Tel: (415) 673-4800<br>Fax: (415) 771-5845 | Attorney for Plaintiff<br><br>**MAILING** |
| A | Michael W. Thomas<br>Sean T. Monaghan<br>LAUGHLIN FALBO LEVY & MORESI LLP<br>255 California Street<br>Suite 600<br>San Francisco, CA 94111<br>Tel: (415) 781-6676<br>Fax: (415) 781-6823 | Attorneys for Intervenor National Union Fire Insurance Company |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed this December 20, 2007, at San Francisco, California.

_____
Zoe Conner

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

IMU.Goldsworthy/2416

Case No.: C-06-4025MHP