1  WILLIAM L. VEEN, NO. 043150
   JAMES G. BUTLER, JR., NO. 135320
2  CHRISTOPHER A. VIADRO, NO. 160260
   JUDY A. GRAZIANO, NO. 205926
3  THE VEEN FIRM, P.C.
   711 Van Ness Avenue, Suite 220
4  San Francisco, CA 94102
   P.O. Box 7296
5  San Francisco, CA 94102-7296
   Telephone: (415) 673-4800
6  Facsimile: (415) 771-5845
   JGB/CV.Team@Veenfirm.com
7
   ATTORNEYS FOR CLAIMANT
8  RICHARD WARNECKE

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | In the Matter of the Complaint of          | CASE NO. C 07 6408 CRB
13 | TUTOR-SALIBA/KOCH/TIDEWATER JV,            | STIPULATION TO EXTEND TIME TO
                                                 RESPOND TO COMPLAINT
14 |           Plaintiff,
15 |     v.
16 |
   | For Exoneration from or Limitation of Liability. | Complaint Filed: 12/19/07
17

18

19      The parties herein agree by and through their attorneys of record that claimant shall have

20 until January 23, 2008 to answer or otherwise respond to plaintiff's Complaint for Exoneration or

21 Limitation of Liability, filed December 19, 2007.

22      IT IS SO STIPULATED.

23 DATED: January 4, 2008             COX, WOOTTON, GRIFFIN, HANSEN &
                                      POULOS, LLP
24

25
                                      By: _____
26
                                          Richard C. Wootton
27                                        Attorneys for Plaintiff
                                          TUTOR-SALIBA/KOCH/TIDEWATER JV
28 ///

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  DATED: January ___, 2008          THE VEEN FIRM, P.C.

                                      By: _____
                                          Christopher A. Viadro
                                          Attorneys for Claimant
                                          RICHARD WARNECKE

169894_1

                                      IT IS SO ORDERED

                                      _____
                                      CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE
                                      1-09-2008
                                      DATE

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-2-

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

## CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over 18 years of age and not a party to this action. My business address is The Veen Firm, P.C., 711 Van Ness Avenue, Suite 220, San Francisco, California 94102.

On the date below I served a true copy of the following document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

on the interested parties to said action by the following means:

[X] **(BY MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ] **(BY OVERNIGHT DELIVERY)** By placing a true copy of the above, enclosed in a sealed envelope with delivery charges to be billed to The Veen Firm, P.C., for delivery by Federal Express to the address(es) shown below.

[ ] **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy of the above by facsimile transmission from facsimile number (415) 771-5845 to the attorney(s) or party(ies) shown below.

[ ] **(BY MESSENGER)** By placing a true copy of the above in a sealed envelope and by giving said envelope to an employee of Western Messenger Service for guaranteed, same-day delivery to the address(es) shown below.

[ ] **(BY HAND DELIVERY)** By personal delivery of a true copy of the above to the attorneys or parties shown below

[ ] **(BY E-MAIL or ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Richard C. Wootton  
Max L. Kelley  
Cox, Wootton, Griffin, Hansen  
  & Poulos, LLP  
190 The Embarcadero  
San Francisco, CA 94105  
Fax: (415) 438-4601

Michael W. Thomas  
Laughlin Falbo Levy & Moresi  
255 California Street, Suite 600  
San Francisco, CA 94111  
(Attorneys for Intervenor)

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

DATED: January 8, 2008

Judith Graziano

169894_1