WILLIAM L. VEEN, NO. 043150
JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
JUDY A. GRAZIANO, NO. 205926
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94102-7296
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
JGB/CV.Team@Veenfirm.com

ATTORNEYS FOR CLAIMANT
RICHARD WARNECKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of | CASE NO. C 07 6408 CRB |
| TUTOR-SALIBA/KOCH/TIDEWATER JV, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| Plaintiff, | |
| v. | |
| For Exoneration from or Limitation of Liability. | Complaint Filed: 12/19/07 |

The parties herein agree by and through their attorneys of record that claimant shall have until January 23, 2008 to answer or otherwise respond to plaintiff's Complaint for Exoneration or Limitation of Liability, filed December 19, 2007.

IT IS SO STIPULATED.

DATED: January 4, 2008         COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

By: _____
Richard C. Wootton
Attorneys for Plaintiff
TUTOR-SALIBA/KOCH/TIDEWATER JV

///

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

| | |
|---|---|
| DATED: January __, 2008 | THE VEEN FIRM, P.C.<br><br>By: _____<br>Christopher A. Viadro<br>Attorneys for Claimant<br>RICHARD WARNECKE |

169894_1

IT IS SO ORDERED

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1-09-2008
DATE

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

# CERTIFICATE OF SERVICE

1. I am employed in the City and County of San Francisco, State of California. I am over 18 years of age and not a party to this action. My business address is The Veen Firm, P.C., 711 Van Ness Avenue, Suite 220, San Francisco, California 94102.

On the date below I served a true copy of the following document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

on the interested parties to said action by the following means:

[X] **(BY MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ] **(BY OVERNIGHT DELIVERY)** By placing a true copy of the above, enclosed in a sealed envelope with delivery charges to be billed to The Veen Firm, P.C., for delivery by Federal Express to the address(es) shown below.

[ ] **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy of the above by facsimile transmission from facsimile number (415) 771-5845 to the attorney(s) or party(ies) shown below.

[ ] **(BY MESSENGER)** By placing a true copy of the above in a sealed envelope and by giving said envelope to an employee of Western Messenger Service for guaranteed, same-day delivery to the address(es) shown below.

[ ] **(BY HAND DELIVERY)** By personal delivery of a true copy of the above to the attorneys or parties shown below

[ ] **(BY E-MAIL or ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Richard C. Wootton
Max L. Kelley
Cox, Wootton, Griffin, Hansen
& Poulos, LLP
190 The Embarcadero
San Francisco, CA 94105
Fax: (415) 438-4601

Michael W. Thomas
Laughlin Falbo Levy & Moresi
255 California Street, Suite 600
San Francisco, CA 94111
(Attorneys for Intervenor)

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

DATED: January 8, 2008

*Judith Graziano*

169894_1