COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff
TUTOR-SALIBA/KOCH/TIDEWATER JV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>TUTOR-SALIBA/KOCH/TIDEWATER JV<br><br>Plaintiff,<br><br>For Exoneration From or Limitation of Liability, | Case No.: C07-6408 CRB<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>L.R. 3-13 |

Pursuant to Local Rule 3-13, Plaintiff-in-Limitation TUTOR-SALIBA/KOCH/TIDEWATER JV ("JV") hereby notifies the Court of the following pending action.

1.   The other pending action is a maritime personal injury lawsuit filed in state court by Richard Warnecke against his employer, the JV, for injuries he allegedly suffered in the course of his employment on or around May 17, 2005 while working on the Richmond-San Rafael Bridge seismic retrofit project. The JV was the prime contractor on the project. Mr. Warnecke was a union crane operator. The alleged incident occurred while Mr. Warnecke was attempting to lift a portable pump up onto a barge from a crew boat.

In his state court action Mr. Warnecke has alleged causes of action for maritime negligence under the Jones Act (46 USC §§ 30501 *et. seq*), for unseaworthiness and

-1-                                            Case No.: CGC-07-463337
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

maintenance and cure under the general maritime law, and for vessel owner negligence under the Longshore & Harbor Workers' Compensation Act, 33 U.S.C. §§ 905 *et seq.*

2. The other action is titled *Richard Warnecke v. Tutor-Saliba/Koch/Tidewater JV*, and was filed on May 11, 2007 in the Superior Court for the County of San Francisco, Case No. CGC-07-463337.

3. This limitation action arises out of the same events alleged by Mr. Warnecke in his personal injury lawsuit, that is, Plaintiff-in-Limitation has filed this action to limit and/or exonerate itself from liability, if any there be, arising from the alleged incident that forms the basis for Mr. Warnecke's personal injury lawsuit. The vessels that are the subject of this limitation action are the same vessels that are alleged in the state court action to be involved in Mr. Warnecke's accident. It is expected that Mr. Warnecke will be filing a claim in this action.

4. While the JV believes this limitation action should be coordinated to avoid conflicts, conserve resources, and promote an efficient determination of the action, it also believes that these goals will be accomplished by the Court's expected order directing a monition and injunction to issue, which will stay Mr. Warnecke's state court action. As counsel for the JV and Mr. Warnecke have already discussed, Mr. Warnecke will be filing a claim in this action, after which the parties' expect to file a stipulation lifting the stay and allowing the state court action to proceed while this limitation action is abated pending resolution of the state court action. Once the state court action is resolved, this action will proceed, if necessary.

Dated: January 15, 2008

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendant TUTOR-SALIBA/KOCH/TIDEWATER, A JOINT VENTURE

By: /s/ Max L. Kelley
Max L. Kelley