JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94102-7296
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
JGB/CV.Team@Veenfirm.com

ATTORNEYS FOR RESPONDENT/CLAIMANT
RICHARD WARNECKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>TUTOR-SALIBA/KOCH/TIDEWATER JV,<br><br>Plaintiff,<br><br>For Exoneration From or Limitation of Liability, | CASE NO. C-07-6408 CRB<br><br>**ANSWER OF RESPONDENT/ CLAIMANT RICHARD WARNECKE TO COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**<br><br>[FRCP Rule F(5)] |

COMES NOW CLAIMANT/RESPONDENT RICHARD WARNECKE and answers the Complaint for Exoneration From or Limitation of Liability filed by Plaintiff TUTOR-SALIBA/KOCH/TIDEWATER JV, herein as follows:

### SPECIFIC DENIALS

1.  In answer to paragraph 1 of the Complaint, Claimant/Respondent RICHARD WARNECKE (hereinafter "WARNECKE") admits all allegations contained therein.

2.  In answer to paragraph 2 of the Complaint, Claimant/Respondent WARNECKE admits all allegations contained therein.

3.  In answer to paragraph 3 of the Complaint, Claimant/Respondent WARNECKE is without knowledge or sufficient information to form a belief as to the truth of the allegations

-1-
ANSWER OF RESPONDENT/CLAIMANT RICHARD WARNECKE TO COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel (415) 673-4800
www.veenfirm.com

concerning the dimensions of the Barge contained in said paragraph and on that basis denies each and every of those allegations contained therein. Claimant/Respondent WARNECKE admits all other allegations contained therein.

4. In answer to paragraph 4 of the Complaint, Claimant/Respondent WARNECKE denies each and every allegation contained therein.

5. In answer to paragraph 5 of the Complaint, Claimant/Respondent WARNECKE admits all allegations contained therein.[1]

7. In answer to paragraph 7 of the Complaint, Claimant/Respondent WARNECKE is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

8. In answer to paragraph 8 of the Complaint, Claimant/Respondent WARNECKE denies each and every allegation contained therein.

9. In answer to paragraph 9 of the Complaint, Claimant/Respondent WARNECKE denies each and every allegation contained therein.

10. In answer to paragraph 10 of the Complaint, Claimant/Respondent WARNECKE denies that Plaintiff is entitled to have its liability in connection with or arising out of said operation, if any, limited to the value of its interest in said vessel.

11. In answer to paragraph 11 of the Complaint, Claimant/Respondent WARNECKE is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis can neither admit or deny each and every allegation contained therein.

12. In answer to paragraph 12 of the Complaint, Claimant/Respondent WARNECKE denies each and every allegation contained therein.

13. In answer to paragraph 13 of the Complaint, Claimant/Respondent WARNECKE denies that each of the premises is true. Claimant/Respondent WARNECKE otherwise admits the allegations contained therein.

---

[1] There was no paragraph 6 to the complaint.

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-2-
ANSWER OF RESPONDENT/CLAIMANT RICHARD WARNECKE TO COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

## AFFIRMATIVE DEFENSES

### AFFIRMATIVE DEFENSE NO. 1

As a first affirmative defense, Claimant/Respondent WARNECKE alleges that Plaintiff has failed to timely file its Complaint for limitation of liability under Supplemental Rule F(1).

### AFFIRMATIVE DEFENSE NO. 2

As a second affirmative defense, Claimant/Respondent WARNECKE alleges that Plaintiff has failed to state a claim upon which relief can be granted.

### AFFIRMATIVE DEFENSE NO. 3

As a third affirmative defense, Claimant/Respondent WARNECKE alleges that this Court lacks jurisdiction over the subject matter of Plaintiff's claim.

### AFFIRMATIVE DEFENSE NO. 4

As a fourth affirmative defense, Claimant/Respondent WARNECKE alleges that the Plaintiff has unreasonably delayed notifying him of its claim alleged in its Complaint and has unreasonably delayed prosecuting same for approximately 7 months after being served with Warnecke v. Tutor-Saliba/Koch/Tidewater, JV, San Francisco Superior Court Action No. CGC-07-463337 and over two and a half years after Claimant/Respondent's approximate May 16, 2005 injury; that by reason of such delay, recollections of witnesses have become unclear, witnesses have become unavailable and parts/evidence have been lost, altered or destroyed; that such delay has prejudiced Claimant/Respondent WARNECKE in preparing and presenting his response and claim. Therefore, the Plaintiff's claims are barred by laches.

### PRAYER

WHEREFORE, Claimant/Respondent WARNECKE prays as follows:

1. That Plaintiff's Complaint for limitation of liability pursuant to 46 U.S.C. §§181-189 (recently re-codified at 46 USC sections 30501 *et. seq.* in October 2006) be dismissed and that judgment be rendered in favor of Claimant/Respondent;

2. That Claimant/Respondent be awarded his costs of suit incurred in defense of this action; and

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-3-

ANSWER OF RESPONDENT/CLAIMANT RICHARD WARNECKE TO COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

3. That the Court grant all other relief as it deems proper.

DATED: January 22, 2008            THE VEEN FIRM, P.C.

By: _____
Christopher A. Viadro
Attorneys for Respondent/Claimant
RICHARD WARNECKE

170596_1.doc

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-4-

ANSWER OF RESPONDENT/CLAIMANT RICHARD WARNECKE TO COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

## PROOF OF SERVICE

1  I am employed in the City and County of San Francisco, State of California. I am over 18 years of age and not a party to this action. My business address is The Veen Firm, P.C., 711 Van Ness Avenue, Suite 220, San Francisco, California 94102.

On the date below I served a true copy of the following document(s):

**ANSWER OF RESPONDENT/CLAIMANT RICHARD WARNECKE TO COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

on the interested parties to said action by the following means:

[X] **(BY MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ] **(BY OVERNIGHT DELIVERY)** By placing a true copy of the above, enclosed in a sealed envelope with delivery charges to be billed to The Veen Firm, P.C., for delivery by Federal Express to the address(es) shown below.

[ ] **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy of the above by facsimile transmission from facsimile number (415) 771-5845 to the attorney(s) or party(ies) shown below.

[ ] **(BY MESSENGER)** By placing a true copy of the above in a sealed envelope and by giving said envelope to an employee of Western Messenger Service for guaranteed, same-day delivery to the address(es) shown below.

[ ] **(BY HAND DELIVERY)** By personal delivery of a true copy of the above to the attorneys or parties shown below

[ ] **(BY E-MAIL or ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Richard C. Wootton
Max L. Kelley
Cox, Wootton, Griffin, Hansen
  & Poulos, LLP
190 The Embarcadero
San Francisco, CA 94105
Fax: (415) 438-4601

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

DATED: January 22, 2008

Pam Gutierrez

170596_1.doc