COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff,
TUTOR-SALIBA/KOCH/TIDEWATER JV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of the Complaint of ) Case No.: C07-6408 CRB
)
TUTOR-SALIBA/KOCH/TIDEWATER JV, ) [PROPOSED] ORDER DIRECTING
) ISSUANCE OF MONITION AND
Plaintiff, ) INJUNCTION
)
For Exoneration from or Limitation of )
Liability. )
)

     A complaint having been filed in this Court by TUTOR-SALIBA/KOCH/ TIDEWATER JV ("Petitioner") on December 19, 2007, owner *pro hac vice* of a crane barge designated as "EM 1169," (the "Barge") seeking exoneration from or limitation of liability as provided for by statute, for all losses, injuries, damages, and deaths resulting or arising from the subject incident involving the alleged injuries suffered by Richard Warnecke while working aboard the Barge on or about May 16, 2005; and

     It appearing from Petitioner's complaint that the value of the Barge after the incident does not exceed $525,000.00, and that claims may be asserted against Petitioner for loss, injuries, damage, or death, and that said claims are subject to limitation in the action now on file in this Court; and

     Upon the application of the Petitioner, IT IS HEREBY ORDERED that a notice and monition issue out of and under the seal of this Court to and against all persons and entities

-1-    Case No.:_____
ORDER DIRECTING ISSUANCE OF MONITION AND INJUNCTION

1 claiming losses, damages, injuries, or death resulting or arising from the subject incident of
2 the Barge admonishing them to appear and file their respective claims and answers with the
3 Clerk of this Court on or before _____, 200__, and to make due proof of
4 their respective claims in such manner as may hereinafter be directed by further order of
5 this Court, with liberty to any claimants who have duly filed their claims to answer
6 Petitioner's complaint and to file such answer with the Clerk of this Court on or before the
7 date specified above; and

8     IT IS FURTHER ORDERED that Petitioner shall give public notice of said
9 monition pursuant to Federal Rules of Civil Procedure, Supplemental Rule F(4) for Certain
10 Admiralty and Maritime Claims, by causing such notice to be published in a newspaper of
11 general circulation in San Francisco, California, once per week for four consecutive weeks
12 prior to the date fixed herein for the filing of claims; and

13     IT IS FURTHER ORDERED that not later than the date of the second publication of
14 said notice, the Petitioner shall mail a copy of said notice to every person and entity known
15 to have made any outstanding claim against the Petitioner or the Barge arising from the
16 subject voyage; and

17     IT IS FURTHER ORDERED that the institution or prosecution of any suit, action,
18 or other legal or administrative proceeding of any nature in any venue (outside these
19 proceedings) against Petitioner or the Barge regarding any claim resulting or arising from
20 the subject voyage ARE HEREBY ENJOINED, said injunction to remain in effect until the
21 determination of this action in this Court; and
22 / / /
23
24 / / /
25
26 / / /
27
28 / / /

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

IMU Warnecke

-2-       Case No.:_____
ORDER DIRECTING ISSUANCE OF MONITION AND INJUNCTION

1    IT IS FURTHER ORDERED that service of this order as an Injunction shall be made by delivering a certified copy hereof to the person or persons to be enjoined, or to their respective attorneys or representatives.

SO ORDERED this _11th_ day of _Feb._, 200_8_, at San Francisco, California.



JUDGE OF THE U.S. DISTRICT COURT
For the Northern District of California

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

JMU Warnecke

-3-    Case No.:_____
ORDER DIRECTING ISSUANCE OF MONITION AND INJUNCTION