**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff,
TUTOR-SALIBA/KOCH/TIDEWATER JV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>TUTOR-SALIBA/KOCH/TIDEWATER JV,<br><br>Plaintiff,<br><br>For Exoneration from or Limitation of Liability. | Case No.: C07-6408 CRB<br><br>[~~PROPOSED~~] ORDER DIRECTING ISSUANCE OF MONITION AND INJUNCTION |

A complaint having been filed in this Court by TUTOR-SALIBA/KOCH/ TIDEWATER JV ("Petitioner") on December 19, 2007, owner *pro hac vice* of a crane barge designated as "EM 1169," (the "Barge") seeking exoneration from or limitation of liability as provided for by statute, for all losses, injuries, damages, and deaths resulting or arising from the subject incident involving the alleged injuries suffered by Richard Warnecke while working aboard the Barge on or about May 16, 2005; and

It appearing from Petitioner's complaint that the value of the Barge after the incident does not exceed $525,000.00, and that claims may be asserted against Petitioner for loss, injuries, damage, or death, and that said claims are subject to limitation in the action now on file in this Court; and

Upon the application of the Petitioner, IT IS HEREBY ORDERED that a notice and monition issue out of and under the seal of this Court to and against all persons and entities

| | |
|---|---|
| 1 | claiming losses, damages, injuries, or death resulting or arising from the subject incident of |
| 2 | the Barge admonishing them to appear and file their respective claims and answers with the |
| 3 | Clerk of this Court on or before _____, 200__, and to make due proof of |
| 4 | their respective claims in such manner as may hereinafter be directed by further order of |
| 5 | this Court, with liberty to any claimants who have duly filed their claims to answer |
| 6 | Petitioner's complaint and to file such answer with the Clerk of this Court on or before the |
| 7 | date specified above; and |
| 8 | IT IS FURTHER ORDERED that Petitioner shall give public notice of said |
| 9 | monition pursuant to Federal Rules of Civil Procedure, Supplemental Rule F(4) for Certain |
| 10 | Admiralty and Maritime Claims, by causing such notice to be published in a newspaper of |
| 11 | general circulation in San Francisco, California, once per week for four consecutive weeks |
| 12 | prior to the date fixed herein for the filing of claims; and |
| 13 | IT IS FURTHER ORDERED that not later than the date of the second publication of |
| 14 | said notice, the Petitioner shall mail a copy of said notice to every person and entity known |
| 15 | to have made any outstanding claim against the Petitioner or the Barge arising from the |
| 16 | subject voyage; and |
| 17 | IT IS FURTHER ORDERED that the institution or prosecution of any suit, action, |
| 18 | or other legal or administrative proceeding of any nature in any venue (outside these |
| 19 | proceedings) against Petitioner or the Barge regarding any claim resulting or arising from |
| 20 | the subject voyage ARE HEREBY ENJOINED, said injunction to remain in effect until the |
| 21 | determination of this action in this Court; and |
| 22 | / / / |
| 23 | |
| 24 | / / / |
| 25 | |
| 26 | / / / |
| 27 | |
| 28 | / / / |

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

IT IS FURTHER ORDERED that service of this order as an Injunction shall be made by delivering a certified copy hereof to the person or persons to be enjoined, or to their respective attorneys or representatives.

SO ORDERED this _11th_ day of _Feb._, 200_8_, at San Francisco, California.

_____
JUDGE OF THE U.S. DISTRICT COURT
For the Northern District of California



COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

JMU Warnecke