**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff-in-Limitation
TUTOR-SALIBA/KOCH/TIDEWATER JV


WILLIAM L. VEEN, NO. 043150
JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
JUDY A. GRAZIANO, NO. 205926
**THE VEEN FIRM**
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845

Attorneys for Claimant
RICHARD WARNECKE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of ) <br> ) <br> TUTOR-SALIBA/KOCH/TIDEWATER ) <br> JV ) <br> ) <br> Plaintiff, ) <br> ) <br> For Exoneration From or Limitation of ) <br> Liability, ) <br> ) <br> _____ ) | Case No.: C07-6408 CRB <br><br> **STIPULATION TO STAY F.R.C.P. RULE 26 INITIAL DISCLOSURES; PROPOSED ORDER** |

COME NOW the parties to this action, Plaintiff-in-Limitation TUTOR-SALIBA/KOCH/TIDEWATER JV, and Claimant RICHARD WARNECKE, by and through their attorneys of record, hereby stipulate that, for the reasons set forth below, the

-1-                                           Case No.: C07-6408 CRB
STIPULATION TO STAY F.R.C.P. RULE 26 INITIAL DISCLOSURES; PROPOSED ORDER

exchange of each party's Initial Disclosures under Fed. R. Civ. Proc. Rule 26 be stayed pending the resolution of the claimant's state court case (San Francisco Superior Court No. CGC-07-463337) and until the eventual resumption of this action, as further determined by the Court.

## I. BASIS FOR THIS STIPULATION

Claimant Richard Warnecke has filed a maritime personal injury action against Plaintiff-in-Limitation TUTOR-SALIBA/KOCH/TIDEWATER JV (the "JV") in San Francisco Superior Court. *That case is on-going.* The parties have already completed basic written discovery, as well as the plaintiff Richard Warnecke's deposition. Defendant JV's deposition is scheduled to take place in April. Furthermore, the parties are in the process of confirming a full-day mediation with Jerry Spolter of JAMS for June or July of this year.

The parties will propose that the Court issue by way of stipulation the monition and injunction contemplated in § 30511 (c) of the Vessels Owner Limitation Act, 46 U.S.C. § 30501 *et. seq.*, and Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions Rule F(3). Plaintiff will, however, be prepared to file in this action a Motion for such relief, or raise the issue by oral motion at the upcoming Case Management Conference. It is hoped the Court will grant such a motion and issue the appropriate order, one effect of which will be to enjoin the claimant's state court action. Since Mr. Warnecke will be the sole claimant expected in this action, however, the parties will further stipulate to an order lifting the injunction staying the state court action and abating this action[1] until his San Francisco Superior Court case is resolved.[2]

///

///

///

---

[1] *Langnes v. Green* (1931) 282 U.S. 531 (single claimant exception lifting stay of state court action).
[2] The state court case has a current trial date of December 1, 2008.

-2-    Case No.: C07-6408 CRB
STIPULATION TO STAY F.R.C.P. RULE 26 INITIAL DISCLOSURES; PROPOSED ORDER

Therefore, because the parties believe there is a significant likelihood that this action will be abated in the near future until the claimant's state court case is resolved, the parties wish to avoid the unnecessary burden of preparing their respective initial disclosures at this time, but will be fully prepared to do so if and when this Court orders upon the resumption of this action.

Dated: March 21, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendant TUTOR-SALIBA/
KOCH/TIDEWATER, JV

By: ____/s/____
       Max L. Kelley

Dated: March 21, 2008

THE VEEN FIRM
Attorneys for Claimant
RICHARD WARNECKE

By: ____/s/____
       Christopher A. Viadro

## ORDER

THE PARTIES HAVING AGREED THERETO, AND GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the parties' F.R.C.P. Rule 26 Initial Disclosures are to be exchanged a later date to be determined by the Court. Pending the Court's resolution of the issues surrounding the Plaintiff's entitlement to an order issuing a monition and injunction and a subsequent order staying the Claimant's state court action, and further pending the submission and approval of the parties' Stipulation preserving Plaintiff's rights under the Vessel Owner's Limitation Act, 46 U.S.C. §§ 30501 *et seq.*, and lifting such stay of the Claimant's state court action, and abating this limitation action, and if and when this proceeding resumes and is no longer abated, the Court will set an appropriate date for the parties' exchange of their Initial Disclosures under F.R.C.P. 26.

**IT IS SO ORDERED.**

Dated: _____

U.S. DISTRICT COURT JUDGE