**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff-in-Limitation
TUTOR-SALIBA/KOCH/TIDEWATER JV


WILLIAM L. VEEN, NO. 043150
JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
JUDY A. GRAZIANO, NO. 205926
**THE VEEN FIRM**
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845

Attorneys for Claimant
RICHARD WARNECKE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>TUTOR-SALIBA/KOCH/TIDEWATER JV<br><br>　　　　Plaintiff,<br><br>For Exoneration From or Limitation of Liability, | Case No.: C07-6408 CRB<br><br>**JOINT F.R.C.P. RULE 26 (f)**<br>**DISCOVERY PLAN** |

　　　　The parties have met and conferred in good faith regarding the issues in this case, as required by Fed. R. Civ. Proc. 26 (f). As set forth in the parties' concurrently filed Stipulation to Stay F.R.C.P. 26 Initial Disclosures, and their Joint Case Management

1 | Conference Statement, the parties believe that, in the interests of efficiency, discovery in this case should be stayed pending the resolution of the claimant's state court case (San Francisco Superior Court No. CGC-07-463337) and until, and if, this case resumes.

That being the case, when and if claimant's state court case is resolved, and this case proceeds, the parties agree to meet and confer again and develop a proposed a discovery plan to present to the Court.

Dated: March 21, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendant TUTOR-SALIBA/
KOCH/TIDEWATER, JV

By: /s/
Max L. Kelley

Dated: March 21, 2008

THE VEEN FIRM
Attorneys for Claimant
RICHARD WARNECKE

By: /s/
Christopher A. Viadro