1

**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**

2

Richard C. Wootton (SBN 88390)
Max L. Kelley (SBN 205943)

3

190 The Embarcadero
San Francisco, California 94105

4

Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

5

6

Attorneys for Plaintiff-in-Limitation
TUTOR-SALIBA/KOCH/TIDEWATER JV

7

8

WILLIAM L. VEEN, NO. 043150
JAMES G. BUTLER, JR., NO. 135320

9

CHRISTOPHER A. VIADRO, NO. 160260
JUDY A. GRAZIANO, NO. 205926

10

**THE VEEN FIRM**
711 Van Ness Avenue, Suite 220

11

San Francisco, CA 94102
Telephone: (415) 673-4800

12

Facsimile: (415) 771-5845

13

14

Attorneys for Claimant
RICHARD WARNECKE

15

16

## UNITED STATES DISTRICT COURT

17

## NORTHERN DISTRICT OF CALIFORNIA

18

19

In the Matter of the Complaint of

20

TUTOR-SALIBA/KOCH/TIDEWATER
JV

21

22

      Plaintiff,

23

For Exoneration From or Limitation of
Liability,

24

25

Case No.: C07-6408 CRB

**STIPULATION TO STAY F.R.C.P.
RULE 26 INITIAL DISCLOSURES;
PROPOSED ORDER**

26

      COME NOW the parties to this action, Plaintiff-in-Limitation TUTOR-

27

SALIBA/KOCH/TIDEWATER JV, and Claimant RICHARD WARNECKE, by and

28

through their attorneys of record, hereby stipulate that, for the reasons set forth below, the

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

IMU.Warnecke/2365

1  exchange of each party's Initial Disclosures under Fed. R. Civ. Proc. Rule 26 be stayed

2  pending the resolution of the claimant's state court case (San Francisco Superior Court No.

3  CGC-07-463337) and until the eventual resumption of this action, as further determined by

4  the Court.

5  **I.    BASIS FOR THIS STIPULATION**

6      Claimant Richard Warnecke has filed a maritime personal injury action against

7  Plaintiff-in-Limitation TUTOR-SALIBA/KOCH/TIDEWATER JV (the "JV") in San

8  Francisco Superior Court. ***That case is on-going.*** The parties have already completed basic

9  written discovery, as well as the plaintiff Richard Warnecke's deposition. Defendant JV's

10  deposition is scheduled to take place in April. Furthermore, the parties are in the process of

11  confirming a full-day mediation with Jerry Spolter of JAMS for June or July of this year.

12      The parties will propose that the Court issue by way of stipulation the monition and

13  injunction contemplated in § 30511 (c) of the Vessels Owner Limitation Act, 46 U.S.C. §

14  30501 *et. seq.*, and Supplemental Rules for Admiralty or Maritime Claims and Asset

15  Forfeiture Actions Rule F(3). Plaintiff will, however, be prepared to file in this action a

16  Motion for such relief, or raise the issue by oral motion at the upcoming Case Management

17  Conference. It is hoped the Court will grant such a motion and issue the appropriate order,

18  one effect of which will be to enjoin the claimant's state court action. Since Mr. Warnecke

19  will be the sole claimant expected in this action, however, the parties will further stipulate

20  to an order lifting the injunction staying the state court action and abating this action[1] until

21  his San Francisco Superior Court case is resolved.[2]

22  / / /

23

24  / / /

25

26  / / /

27

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

IMU Warnecke/2365

---

[1] *Langnes v. Green* (1931) 282 U.S. 531 (single claimant exception lifting stay of state court action).
[2] The state court case has a current trial date of December 1, 2008.

Case No.: C07-6408 CRB
STIPULATION TO STAY F.R.C.P. RULE 26 INITIAL DISCLOSURES; PROPOSED ORDER

1    Therefore, because the parties believe there is a significant likelihood that this action

2    will be abated in the near future until the claimant's state court case is resolved, the parties

3    wish to avoid the unnecessary burden of preparing their respective initial disclosures at this

4    time, but will be fully prepared to do so if and when this Court orders upon the resumption

5    of this action.

6    Dated: March 21, 2008                          Dated: March 21, 2008

7
     COX, WOOTTON, GRIFFIN,                         THE VEEN FIRM
8    HANSEN & POULOS, LLP                           Attorneys for Claimant
     Attorneys for Defendant TUTOR-SALIBA/          RICHARD WARNECKE
9    KOCH/TIDEWATER, JV

10

11   By: _____/s/_____                           By: _____/s/_____
            Max L. Kelley                                  Christopher A. Viadro
12

13

14                                    **O R D E R**

15          THE PARTIES HAVING AGREED THERETO, AND GOOD CAUSE

16   APPEARING THEREFOR, it is hereby ordered that the parties' F.R.C.P. Rule 26 Initial

17   Disclosures are to be exchanged a later date to be determined by the Court.  Pending the

18   Court's resolution of the issues surrounding the Plaintiff's entitlement to an order issuing a

19   monition and injunction and a subsequent order staying the Claimant's state court action,

20   and further pending the submission and approval of the parties' Stipulation preserving

21   Plaintiff's rights under the Vessel Owner's Limitation Act, 46 U.S.C. §§ 30501 *et seq.*, and

22   lifting such stay of the Claimant's state court action, and abating this limitation action, and

23   if and when this proceeding resumes and is no longer abated, the Court will set an

24   appropriate date for the parties' exchange of their Initial Disclosures under F.R.C.P. 26.

25   **IT IS SO ORDERED.**

26

27   Dated: __March 24, 2008__

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

IMU.Warnecke/2365

IT IS SO ORDERED

Judge Charles R. Breyer

JUDGE

-3-                                                    Case No.: C07-6408 CRB
STIPULATION TO STAY F.R.C.P. RULE 26 INITIAL DISCLOSURES; PROPOSED ORDER