COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff
TUTOR-SALIBA/KOCH/TIDEWATER JV

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>TUTOR-SALIBA/KOCH/TIDEWATER JV<br><br>Plaintiff,<br><br>For Exoneration From or Limitation of Liability, | Case No.: C07-6408 CRB<br><br>**STIPULATION REGARDING SECURITY; REQUEST FOR ISSUANCE OF MONITION AND INJUNCTION; [PROPOSED] ORDER THEREON** |

WHEREAS, Plaintiff TUTOR-SALIBA/KOCH/TIDEWATER, a joint venture, has prayed for limitation and/or exoneration under the Vessel Owners' Limitation of Liability Act ("the Act"), 46 U.S.C. §§ 30501 *et seq.* (the "Act") and Rule F of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Claims ("Rule F"), in connection with the marine incident involving its vessel, the barge *EM 1169* that occurred on or about May 16, 2005;

AND WHEREAS Claimant RICHARD WARNECKE is the sole limitation claimant herein and wishes to prosecute his claim against Plaintiff TUTOR-SALIBA/KOCH/

1  TIDEWATER before a jury in the related action already filed and proceeding in the San
2  Francisco Superior Court, entitled *Warnecke vs. Tutor-Saliba/Koch/Tidewater, A Joint
3  Venture*, Case No. CGC-07-463337;

4      IT IS HEREBY STIPULATED AND AGREED, by the undersigned Plaintiff and
5  Claimant, acting by and through their respective attorneys, that:

6      (1)    TUTOR-SALIBA/KOCH/TIDEWATER hereby promises, warrants, and
7  guarantees, upon representation of its undersigned counsel that if, and when, the Claimant's
8  above-described state court case is finally resolved, by judgment or otherwise, and this
9  proceeding resumes, having been abated during the prosecution of the Claimant's state
10 court case, Plaintiff shall at that time deposit into Court the appropriate amounts as required
11 by the Act and Rule F, and as determined by this Court, to comprise the limitation fund
12 securing Claimant's claims; and that

13     (2)    Claimant accepts Plaintiff's promise, warranty and guarantee herein that
14 when and if his state court case is resolved and this action resumes, Plaintiff promises to
15 step forward and deposit into Court the appropriate amounts to comprise the limitation
16 fund, and as directed by this Court; and that

17     (3)    Based on Plaintiff's promise, warranty and guarantee to deposit the required
18 amounts into this Court as the limitation fund, if and when this case resumes pending the
19 resolution of the Claimant's state court case, Claimant hereby waives the deposit of security
20 into Court at this time and agrees to Plaintiff depositing such security upon the resumption
21 of this proceeding;

22 THE ABOVE IS SO STIPULATED.

23     Therefore, the parties hereby jointly request that:

24     (1)    the Court, through Plaintiff, issue notice to all persons asserting claims with
25 respect to which the Complaint seeks exoneration and/or limitation, directing them to file
26 their respective claims with the clerk of the Court and to serve upon the undersigned
27 attorneys for the plaintiff a copy thereof on or before a date to be fixed by the Court not less
28 than 30 days after issuance of the notice; and that

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

-2-

STIPULATION RE LIMITATION ACTION

Case No.: C07-6408 CRB

(2) the Court issue the injunction plaintiff is entitled to under § 30511 (c) of the Act and Rule F(3) staying Claimant's state court action.

Dated: 3/26/08

The Veen Firm
Attorneys for Claimant
RICHARD WARNECKE

By: _____
Christopher A. Viadro

Dated: March 26, 2008

Cox, Wootton, Griffin,
Hansen & Poulos, LLP
Attorneys for Plaintiff TUTOR-SALIBA/KOCH/TIDEWATER

By: _____ for
Richard C. Wootton

[PROPOSED] **ORDER**

Plaintiff TUTOR-SALIBA/KOCH/ TIDEWATER JV ("Plaintiff"), as owner *pro hac vice* of a flat deck barge designated as "EM 1169," and RICHARD WARNECKE, as the sole known Claimant, having filed a Stipulation regarding the security to be deposited into Court under 46 U.S.C. § 30511, *et. seq.*, known as the Vessel Owners Limitation of Liability Act ("the Act"), and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims ("Rule F"), and having requested that the Court therefore issue the required Notice, and injunction immediately restraining the commencement or further prosecution of any and all claims, actions, suits, or legal proceedings against Plaintiff and its affiliates, owners, shareholders, officers, employees, and property, including its vessels, and against its insurers and underwriters, with regard to

-3-

STIPULATION RE LIMITATION ACTION

Case No.: C07-6408 CRB

1  any and all claims and causes of action which arise from or relate to, directly or indirectly,
2  the matters addressed in the Complaint that Plaintiff has filed in this Court, including the
3  Claimant's ongoing action in San Francisco Superior Court known as *Warnecke vs. Tutor-*
4  *Saliba/Koch/Tidewater, A Joint Venture*, Case No. CGC-07-463337.
5      It is therefore ORDERED that upon the stipulation of the parties, the Court finds
6  such stipulation sufficient for the purposes under the Act and Rule F.
7      It is further ORDERED, that Notice shall issue out of this Court to and against all
8  persons and entities asserting losses, damages, injuries, or death resulting or arising from
9  which the Plaintiff's Complaint seeks exoneration from and/or limitation of liability,
10 admonishing them to appear and file their respective claims, in writing, with the Clerk of
11 this Court and to also to serve a copy on the attorney for Plaintiff on or before
12 _____, 2008, and requiring any claimant who wishes to contest either the
13 right to limitation or liability to file and serve on Plaintiff's counsel an answer, on or before
14 _____, 2008, or be forever barred and defaulted. The Clerk or its authorized
15 Deputy Clerk is directed to execute the Notice attached hereto as Exhibit A and either
16 forthwith mail such to Plaintiff's counsel or execute and file such Notice in the Court's
17 CM/ECF system so that Plaintiff's counsel can fulfill Plaintiff's notice obligations under
18 Rule F(4).
19     It is further ORDERED, pursuant to Rule F(4), that counsel for Plaintiff shall give
20 public notice of said monition by causing such notice to be published in *The Recorder*, a
21 newspaper of general circulation in San Francisco, California, once per week for four
22 consecutive weeks prior to the date fixed herein for the filing of claims.
23     It is further ORDERED, pursuant to Rule F(4), that not later than the date of the
24 second publication of said Notice, counsel for Plaintiff shall serve by mail a copy of said
25 Notice and this Order upon counsel for Richard Warnecke and to every other person and/or
26 entity who have asserted any claim against the Plaintiff or the Barge arising out of the
27 events described in Plaintiff's Complaint.
28     It is further ORDERED, pursuant to § 30511 (c) of the Act, and Rule F(3), that the

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

MU.Warnecke/2365

-4-                                                          Case No.: C07-6408 CRB
STIPULATION RE LIMITATION ACTION

1  institution, commencement, or further prosecution of any and all suits, actions, and other
2  legal or administrative proceedings of any nature in any venue (outside these proceedings)
3  against Plaintiff and its affiliates, owners, shareholders, officers, employees, and property,
4  including its vessels (including but not limited to the barge EM 1169), and against its
5  insurers and underwriters, regarding any claims or causes of action which arise from or
6  relate to, directly or indirectly, the matters addressed in Plaintiff's Complaint, including but
7  not limited to the suit brought by Richard Warnecke against Plaintiff which is pending in
8  the Superior Court of San Francisco under Case No. CGC-07-463337, IS HEREBY
9  ENJOINED and RESTRAINED, said injunction to remain in effect until the determination
10 of this proceeding.
11        IT IS FURTHER ORDERED that service of this order as an Injunction shall be
12 made by delivering a copy hereof to the person or persons to be enjoined, or to their
13 respective attorneys or representatives.
14        SO ORDERED this _____ day of ____, 2008, at San Francisco, California.

16                                    _____
                                      JUDGE OF THE U.S. DISTRICT COURT
17                                    For the Northern District of California

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

-5-    Case No.: C07-6408 CRB
STIPULATION RE LIMITATION ACTION