```
 1  JAMES G. BUTLER, JR., NO. 135320
    CHRISTOPHER A. VIADRO, NO. 160260
 2  THE VEEN FIRM, P.C.
    711 Van Ness Avenue, Suite 220
 3  San Francisco, CA 94102
    P.O. Box 7296
 4  San Francisco, CA 94102-7296
    Telephone: (415) 673-4800
 5  Facsimile: (415) 771-5845
    JGB/CV.Team@Veenfirm.com
 6
    ATTORNEYS FOR RESPONDENT/CLAIMANT
 7  RICHARD WARNECKE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>TUTOR-SALIBA/KOCH/TIDEWATER JV,<br><br>Plaintiff,<br><br>For Exoneration From or Limitation of Liability, | CASE NO. C-07-6408 CRB<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

///

///

THE VEEN FIRM, P.C.
711 VAN NESS AVE., STE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-1-

ADR CERTIFICATION BY PARTIES AND COUNSEL

1  (3) Considered whether this case might benefit from any of the available dispute
2  resolution options.

3  DATED: 3-20-08

5  By: /s/ Richard Warnecke
6  RICHARD WARNECKE

9  DATED: March 21, 2008      THE VEEN FIRM, P.C.

11 By: /s/ Christopher A. Viadro
12 CHRISTOPHER A. VIADRO
   Attorneys for Respondent/Claimant
13 RICHARD WARNECKE

173924_1.doc

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-2-
ADR CERTIFICATION BY PARTIES AND COUNSEL

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California. I am over 18 years of age and not a party to this action. My business address is The Veen Firm, P.C., 711 Van Ness Avenue, Suite 220, San Francisco, California 94102.

On the date below I served a true copy of the following document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the interested parties to said action by the following means:

☐ **(BY MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **(BY OVERNIGHT DELIVERY)** By placing a true copy of the above, enclosed in a sealed envelope with delivery charges to be billed to The Veen Firm, P.C., for delivery by Federal Express to the address(es) shown below.

☐ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy of the above by facsimile transmission from facsimile number (415) 771-5845 to the attorney(s) or party(ies) shown below.

☐ **(BY MESSENGER)** By placing a true copy of the above in a sealed envelope and by giving said envelope to an employee of Western Messenger Service for guaranteed, same-day delivery to the address(es) shown below.

☐ **(BY HAND DELIVERY)** By personal delivery of a true copy of the above to the attorneys or parties shown below

☒ **(BY E-MAIL or ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Richard C. Wootton
Max L. Kelley
Cox, Wootton, Griffin, Hansen
  & Poulos, LLP
190 The Embarcadero
San Francisco, CA  94105
Fax:  (415) 438-4601

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

DATED: March 27, 2008                          Pam Gutierrez

173924_1.doc

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com