**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL  MINUTES</u>

JUDGE CHARLES R. BREYER

Date: <u>March 28, 2008</u>

Case No.  <u> C  07-6408 CRB </u>

Title:   In the matter of Tutor-Salib/Koch/Tidewater JV

Plaintiff Attorneys:    Myles Cooper

Defense Attorneys:   Max Kelley

Deputy Clerk: <u>Frank Justiliano</u>

Court Reporter: Katherine Powell

**<u>PROCEEDINGS</u>**

1)  <u> Initial Case Management Conference - HELD.                                                                   </u>


**ORDERED AFTER HEARING:**  Proposed order filed.  Exhibit A to be revised and submitted for approval.   Additional stipulation with selected date to also be submitted for approval.