COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff
TUTOR-SALIBA/KOCH/TIDEWATER JV

WILLIAM L. VEEN, NO. 043150
JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
JUDY A. GRAZIANO, NO. 205926
THE VEEN FIRM
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845

Attorneys for Claimant
RICHARD WARNECKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>TUTOR-SALIBA/KOCH/TIDEWATER JV<br><br>Plaintiff,<br><br>For Exoneration From or Limitation of Liability, | Case No.: C07-6408 CRB<br><br>**STIPULATION REGARDING SECURITY; REQUEST FOR ISSUANCE OF MONITION AND INJUNCTION;** [PROPOSED] **ORDER THEREON** |

WHEREAS, Plaintiff TUTOR-SALIBA/KOCH/TIDEWATER, a joint venture, has prayed for limitation and/or exoneration under the Vessel Owners' Limitation of Liability

-1-                                                      Case No.: C07-6408 CRB
STIPULATION RE SECURITY; REQUEST FOR MONITION & INJUNCTION; ORDER THEREON

Act ("the Act"), 46 U.S.C. §§ 30501 *et seq.* (the "Act") and Rule F of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Claims ("Rule F"), in connection with the marine incident involving its vessel, the barge *EM 1169* that occurred on or about May 16, 2005;

AND WHEREAS Claimant RICHARD WARNECKE is the sole limitation claimant herein and wishes to prosecute his claim against Plaintiff TUTOR-SALIBA/KOCH/ TIDEWATER before a jury in the related action already filed and proceeding in the San Francisco Superior Court, entitled *Warnecke vs. Tutor-Saliba/Koch/Tidewater, A Joint Venture*, Case No. CGC-07-463337;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned Plaintiff and Claimant, acting by and through their respective attorneys, that:

(1) TUTOR-SALIBA/KOCH/TIDEWATER hereby promises, warrants, and guarantees, upon representation of its undersigned counsel that if, and when, the Claimant's above-described state court case is finally resolved, by judgment or otherwise, and this proceeding resumes, having been abated during the prosecution of the Claimant's state court case, Plaintiff shall at that time deposit into Court the appropriate amounts as required by the Act and Rule F, and as determined by this Court, to comprise the limitation fund securing Claimant's claims; and that

(2) Claimant accepts Plaintiff's promise, warranty and guarantee herein that when and if his state court case is resolved and this action resumes, Plaintiff promises to step forward and deposit into Court the appropriate amounts to comprise the limitation fund, and as directed by this Court; and that

(3) Based on Plaintiff's promise, warranty and guarantee to deposit the required amounts into this Court as the limitation fund, if and when this case resumes pending the resolution of the Claimant's state court case, Claimant hereby waives the deposit of security into Court at this time and agrees to Plaintiff depositing such security upon the resumption of this proceeding;

THE ABOVE IS SO STIPULATED.

Therefore, the parties hereby jointly request that:

(1) the Court, through Plaintiff, issue notice to all persons asserting claims with respect to which the Complaint seeks exoneration and/or limitation, directing them to file their respective claims with the clerk of the Court and to serve upon the undersigned attorneys for the plaintiff a copy thereof on or before a date to be fixed by the Court not less than 30 days after issuance of the notice; and that

(2) the Court issue the injunction plaintiff is entitled to under § 30511 (c) of the Act and Rule F(3) staying Claimant's state court action.

Dated: 3/28/08

The Veen Firm
Attorneys for Claimant
RICHARD WARNECKE

By: _____
Christopher A. Viadro

Dated: 3/28/08

Cox, Wootton, Griffin,
Hansen & Poulos, LLP
Attorneys for Plaintiff TUTOR-SALIBA/KOCH/TIDEWATER

By: _____ FOR
Richard C. Wootton

[PROPOSED] **ORDER**

Plaintiff TUTOR-SALIBA/KOCH/ TIDEWATER JV ("Plaintiff"), as owner *pro hac vice* of a flat deck barge designated as "EM 1169," and RICHARD WARNECKE, as the sole known Claimant, having filed a Stipulation regarding the security to be deposited into Court under 46 U.S.C. § 30511, *et. seq.*, known as the Vessel Owners Limitation of Liability Act ("the Act"), and Rule F of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Claims ("Rule F"), and having requested that the Court therefore issue the required Notice, and injunction immediately restraining the commencement or further prosecution of any and all claims, actions, suits, or legal proceedings against Plaintiff and its affiliates, owners, shareholders, officers, employees, and property, including its vessels, and against its insurers and underwriters, with regard to any and all claims and causes of action which arise from or relate to, directly or indirectly, the matters addressed in the Complaint that Plaintiff has filed in this Court, including the Claimant's ongoing action in San Francisco Superior Court known as *Warnecke vs. Tutor-Saliba/Koch/Tidewater, A Joint Venture*, Case No. CGC-07-463337.

It is therefore ORDERED that upon the stipulation of the parties, the Court finds such stipulation sufficient for the purposes under the Act and Rule F providing for the issuance of a monition and injunction.

It is further ORDERED, that Notice shall issue out of this Court to and against all persons and entities asserting losses, damages, injuries, or death resulting or arising from which the Plaintiff's Complaint seeks exoneration from and/or limitation of liability, admonishing them to appear and file their respective claims, in writing, with the Clerk of this Court and to also to serve a copy on the attorney for Plaintiff on or before May 5, 2008, and requiring any claimant who wishes to contest either the right to limitation or liability to also file and serve on Plaintiff's counsel an answer, on or before May 5, 2008, or be forever barred and defaulted. The Clerk, or the authorized Deputy Clerk, is directed to execute the Notice attached hereto as **Exhibit A** and either forthwith mail such to Plaintiff's counsel or execute and file such Notice in the Court's CM/ECF system so that Plaintiff's counsel can fulfill Plaintiff's notice obligations under Rule F(4).

It is further ORDERED, pursuant to Rule F(4), that counsel for Plaintiff shall give public notice of said monition by causing such notice to be published in ***The Recorder***, a newspaper of general circulation in San Francisco, California, once per week for four consecutive weeks prior to the date fixed herein for the filing of claims.

It is further ORDERED, pursuant to Rule F(4), that not later than the date of the

second publication of said Notice, counsel for Plaintiff shall serve by mail a copy of said Notice and this Order upon counsel for Richard Warnecke and to every other person and/or entity who have asserted any claim against the Plaintiff or the Barge arising out of the events described in Plaintiff's Complaint.

It is further ORDERED, pursuant to § 30511 (c) of the Act, and Rule F(3), that the institution, commencement, or further prosecution of any and all suits, actions, and other legal or administrative proceedings of any nature in any venue (outside these proceedings) against Plaintiff and its affiliates, owners, shareholders, officers, employees, and property, including its vessels (including but not limited to the barge EM 1169), and against its insurers and underwriters, regarding any claims or causes of action which arise from or relate to, directly or indirectly, the matters addressed in Plaintiff's Complaint, including but not limited to the suit brought by Richard Warnecke against Plaintiff which is pending in the Superior Court of San Francisco under Case No. CGC-07-463337, IS HEREBY ENJOINED and RESTRAINED, said injunction to remain in effect until the determination of this proceeding.

IT IS FURTHER ORDERED that service of this order as an Injunction shall be made by delivering a copy hereof to the person or persons to be enjoined, or to their respective attorneys or representatives.

SO ORDERED this __31st__ day of __March__, 2008, at San Francisco, California.

_____
CHARLES R. BREYER
JUDGE OF THE U.S. DISTRICT COURT
For the Northern District of California

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

IMU.Warnecke/2365

-5-   Case No.: C07-6408 CRB
STIPULATION RE SECURITY; REQUEST FOR MONITION & INJUNCTION; ORDER THEREON

**PUBLIC NOTICE**

PLEASE TAKE NOTICE that, in an action in the U.S. District Court for the Northern District of California, entitled *In the Matter of the Complaint of Tutor-Saliba/Koch/Tidewater JV, For Exoneration From or Limitation of Liability*, Case No. C. 07-6408 CRB, in which a Complaint for Exoneration From or Limitation of Liability has been filed pursuant to The Vessel Owners' Limitation Act, 46 U.S.C. §§ 30501 *et seq.*, and the Federal Rules of Civil Procedure, Supplemental Rule F for Certain Admiralty and Maritime Claims, on December 19, 2007 by Tutor-Saliba/Koch/Tidewater JV (the "plaintiff"), wherein it prays for exoneration from, or limitation of liability for, any and all losses, damages and/or injuries occasioned, allegedly sustained, or incurred upon or in any manner arising out of the operation of a barge designated EM 1169 on or about May 16, 2005 near the Richmond-San Rafael Bridge in San Francisco Bay; and whereas, the plaintiff has requested that notice issue out of this Court to all persons, entities, concerns, or firms claiming damages against Tutor-Saliba/Koch/Tidewater JV, arising out of the operation of said barge on said date, admonishing them to appear and file their respective claims and/or answers, if any, to the allegations in the Complaint; and whereas, this Court has directed by its order entered on _____, 2008 that such notice issue against all such persons, entities, concerns, or firms, admonishing them and each of them to appear and file their respective claims and/or answers to the Complaint, if any, with the clerk of this court; NOTICE IS HEREBY GIVEN TO all persons, entities, concerns, or firms claiming damages for any and all losses, damages and/or injuries occasioned, allegedly sustained, or incurred upon or in any manner arising out of the operation of said barge, to appear before this Court and file with the clerk of the court ON OR BEFORE MAY 5, 2008, their respective claims and/or answers and also to serve on, or mail a copy thereof to, plaintiff's attorney, Max L. Kelley, of Cox, Wootton, Griffin, Hansen & Poulos, LLP, 190 The Embarcadero, San Francisco, California 94105. Witnessed, the Honorable Charles R. Breyer, Judge of the United States District Court for the Northern District of California, this ___th day of _____, 2008. Clerk, United States District Court. Cox, Wootton, Griffin, Hansen & Poulos LLP, 190 The Embarcadero, San Francisco, California 94105; Telephone: (415) 438-4600.

*EXHIBIT A*