**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff
TUTOR-SALIBA/KOCH/TIDEWATER JV

**WILLIAM L. VEEN, NO. 043150**
JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
JUDY A. GRAZIANO, NO. 205926
THE VEEN FIRM
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845

Attorneys for Claimant
RICHARD WARNECKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>TUTOR-SALIBA/KOCH/TIDEWATER JV<br><br>            Plaintiff,<br><br>For Exoneration From or Limitation of Liability, | Case No.: C07-6408 CRB<br><br>**STIPULATION PRESERVING TUTOR-SALIBA/KOCH/ TIDEWATER'S LIMITATION RIGHTS, AND ABATING THE WITHIN LIMITATION ACTION; ORDER THEREON** |

WHEREAS, Plaintiff TUTOR-SALIBA/KOCH/TIDEWATER, a joint venture, has prayed for limitation and/or exoneration under the Vessel Owners' Limitation of Liability

-1-

STIPULATION RE LIMITATION ACTION

Case No.: C07-6408 CRB

1   Act ("the Act"), 46 U.S.C. §§ 30501 *et seq.* and Rule F of the Supplemental Rules for
2   Admiralty and Maritime Claims and Asset Forfeiture Claims ("Rule F"), in connection with
3   the marine incident involving its vessel, the barge *EM 1169* that occurred on or about May
4   16, 2005;

5   AND WHEREAS this Court has approved the stipulation of the parties regarding
6   Plaintiff's promise to deposit the required security into Court if and when this action may
7   resume after the resolution of Claimant's state court case;

8   AND WHEREAS this Court has ordered, pursuant to the Act and Rule F that a
9   monition issue forth admonishing all potential claimants to file their claims and/or answers
10  by May 5, 2008, and further that an injunction also issue forth enjoining all actions and
11  proceedings arising from, or related to, the matters pled in the Complaint, including but not
12  limited to Claimant RICHARD WARNECKE's related action filed in the San Francisco
13  Superior Court, entitled *Warnecke vs. Tutor-Saliba/Koch/Tidewater, A Joint Venture*, Case
14  No. CGC-07-463337 (the "state court action");

15  AND WHEREAS Claimant RICHARD WARNECKE is the sole limitation claimant
16  herein and wishes to prosecute his claim against Plaintiff TUTOR-SALIBA/KOCH/
17  TIDEWATER JV before a jury in the aforementioned state court action;

18  IT IS HEREBY STIPULATED AND AGREED, by the undersigned Plaintiff and
19  Claimant, acting by and through their respective attorneys, that:

20  (1)   TUTOR-SALIBA/KOCH/TIDEWATER JV has the right to litigate the issue
21  of whether it is entitled to limitation and/or exoneration from liability under the Act, and the
22  issue of the proper value of the limitation fund in this Court, and this Court has exclusive
23  jurisdiction to determine said issues, including, *inter alia*, the issue of the value of the
24  limitation fund;

25  (2)   Claimant will not seek a determination of the issues set forth in paragraph (1)
26  above in any proceeding other than this case, and consents to waive any *res judicata* effect
27  that the decisions, rulings or judgments of any other forum might have on those issues, and
28  further consents to waive the defense of issue preclusion with respect to all matters reserved

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

IMU.Warnecke/2365

1  for determination by this Court;

2  (3) Claimant will not seek to enforce any judgment rendered in any judicial forum, whether against Plaintiff or another person or entity entitled to seek indemnity and/or contribution from Plaintiff by way of cross-claim or that would otherwise expose TUTOR-SALIBA/KOCH/TIDEWATER JV to liability in excess of the limitation fund until such time as this Court has adjudicated Plaintiff's right to limit that liability;

(4) In the event this Court determines that TUTOR-SALIBA/KOCH/TIDEWATER JV is entitled to limit its liability, Claimant will not seek to enforce any judgment which would require Plaintiff to pay damages in excess of the limitation fund; and,

(5) In the event this Court determines that TUTOR-SALIBA/KOCH/TIDEWATER is entitled to limit its liability, any claim based upon fees and/or costs awarded against Plaintiff and in favor of Claimant will have first priority against the limitation fund.

(6) This Stipulation supercedes and replaces the Stipulation of the parties previously filed on March 26, 2008.

THE ABOVE IS SO STIPULATED:

Dated: 3/28/08

The Veen Firm
Attorneys for Claimant
RICHARD WARNECKE

By: _____
Christopher A. Viadro

Dated: 3/28/08

Cox, Wootton, Griffin,
Hansen & Poulos, LLP
Attorneys for Plaintiff TUTOR-SALIBA/KOCH/TIDEWATER

By: _____
Max L. Kelley

-3-

Case No.: C07-6408 CRB

STIPULATION RE LIMITATION ACTION

# ORDER

THE PARTIES HAVING AGREED THERETO, AND GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that:

1) This action be and hereby is abated until such time as the action pending in San Francisco Superior Court under the title *Warnecke vs. Tutor-Saliba/Koch/Tidewater, A Joint Venture*, Case No. CGC-07-463337 is either tried to final judgment, or otherwise finally resolved.

Dated: March 31, 2008

_____
U.S.D.C. JUDGE CHARLES R. BREYER

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

IMU.Warnecke/2365

-4-

STIPULATION RE LIMITATION ACTION

Case No.: C07-6408 CRB