# THE RECORDER

10 United Nations Plaza, 3rd Floor
San Francisco, CA 94102-4911
Public Notice / Legal Advertising (415) 749-5555

Proof of Publication (2010, 2015.5 C.C.P.)

**PUBLIC NOTICE**
Case No. C.07-6408 CRB

FILED
APR 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA
COUNTIES OF SAN FRANCISCO
AND SAN MATEO

*I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years, and not a party to or interested in the above matter. I am the principal clerk of the printer and publisher of THE RECORDER, a newspaper of general circulation printed and published daily except Saturdays, Sundays, and legal holidays, in the City and County of San Francisco with circulation in Alameda, Contra Costa, San Mateo and Santa Clara counties, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the City and County of San Francisco, State of California under the date December 2, 1907, recorded in Record Book 15, at page 155 thereof, and which newspaper was also adjudged a newspaper of general circulation in San Mateo County on December 5, 2001, that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:*

04/02/2008, 04/09/2008, 04/16/2008, 04/23/2008

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on 23rd day of April, 2008
at San Francisco, California

_____
(Signature)

Record ID: 04/23/08-133190-993310-3422422-34481

---

**PUBLIC NOTICE**
Case No. C. 07-6408 CRB

PLEASE TAKE NOTICE that, in an action in the U.S. District Court for the Northern District of California, entitled In the Matter of the Complaint of Tutor-Saliba/Koch/Tidewater JV, For Exoneration From or Limitation of Liability, Case No. C. 07-6408 CRB, in which a Complaint for Exoneration From or Limitation of Liability has been filed pursuant to The Vessel Owners' Limitation Act, 46 U.S.C. §§ 30501 et seq., and the Federal Rules of Civil Procedure, Supplemental Rule F for Certain Admiralty and Maritime Claims, on December 19, 2007 by Tutor-Saliba/Koch/Tidewater JV, (the "plaintiff"), wherein it prays for exoneration from, or limitation of liability for, any and all losses, damages and/or injuries occasioned, allegedly sustained, or incurred upon or in any manner arising out of the operation of a barge designated EM 1169 on or about May 16, 2005, near the Richmond-San Rafael Bridge in San Francisco Bay; and whereas, the plaintiff has requested that notice issue out of this Court to all persons, entities, concerns, or firms claiming damages against Tutor-Saliba/Koch/Tidewater JV, arising out of the operation of said barge on said date, admonishing them to appear and file their respective claims and/or answers, if any, to the allegations in the Complaint; and whereas, this Court has directed by its order entered on March 31, 2008, that such notice issue against all such persons, entities, concerns, or firms, admonishing them and each of them to appear and file their respective claims and/or answers to the Complaint, if any, with the clerk of this court;

NOTICE IS HEREBY GIVEN TO all persons, entities, concerns, or firms claiming damages for any and all losses, damages and/or injuries occasioned, allegedly sustained, or incurred upon or in any manner arising out of the operation of said barge, to appear before this Court and file with the clerk of the court ON OR BEFORE MAY 5, 2008, their respective claims and/or answers and also to serve on, or mail a copy thereof to, plaintiff's attorney, Max L. Kelley, of Cox, Wootton, Griffin, Hansen & Poulos, LLP, 190 The Embarcadero, San Francisco, California 94105.

Witnessed, the Honorable Charles R. Breyer, Judge of the United States District Court for the Northern District of California

This 1st day of April, 2008, Clerk, United States District Court.

Cox, Wootton, Griffin, Hansen & Poulos LLP, 190 The Embarcadero, San Francisco, California 94105; Telephone: (415) 438-4600.
No. 993310    Apr 2,9,16,23-R